IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NEWPAGE WISCONSIN SYSTEM, INC. and
NPWSI RETIREE HEALTH PLAN f/k/a THE
SENA RETIREE HEALTH PLAN,

      JUDGMENT IN A CIVIL CASE

    Plaintiffs,

      Case No. 10-cv-41-bbc

v.

UNITED STEEL, PAPER & FORESTRY,
RUBBER, MANUFACTURING, ENERGY,
ALLIED INDUSTRIAL AND SERVICE
WORKERS INTERNATIONAL UNION,
AFL-CIO/CLC, WILLIAM CLENDENNING,
LAWRENCE BIERSTAKER, BERNARD
ROUSE, and GARY DOLLEVOET,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiffs NewPage Wisconsin System, Inc. and NPWSI Retiree Health Plan, f/k/a The Sena Retiree Health Plan's claim for declaratory relief under the Employee Retirement Income Security Act, 29 U.S.C. § 1132 for lack of subject matter jurisdiction.  The court declines to exercise jurisdiction over plaintiffs' claim for declaratory relief under the Labor Management Relations Act, 29 U.S.C. § 185.

_Peter Oppeneer_  
Peter Oppeneer, Clerk of Court

7/19/10  
Date